# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 3:08cr79/MCR

MARK STEVEN HIRMER

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   September 2, 2008
Type of Motion/Pleading: Ex Parte Emergency Motion for Order that Mark Steven Hirmer be Provided His Prescription Drug
Filed by: defendant          on 8/31/08       Document   45
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Joanne Ahr
Deputy Clerk: Joanne Ahr

## ORDER

Upon consideration of the foregoing, it is ORDERED this   2nd   day of September, 2008, that:

(a) The requested relief is GRANTED/~~DENIED~~.
(b) Mr. Hirmer must be allowed to take his medication as already prescribed.

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: 9-2-08   By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCrP
Copies sent to: Heldmyer, Dickstein, USM

Document No.