UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:08cr79/MCR/CJK
 3:15cv288/MCR/CJK

MARK STEVEN HIRMER

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 7, 2018. ECF No. 1956. Defendant has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Mark Steven Hirmer's Motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, ECF No. 1836, is DENIED.

3. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 26th day of September 2018.

                     s/ *M. Casey Rodgers*
                     **M. CASEY RODGERS**
                     **UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:08cr79/MCR/CJK; 3:15cv288/MCR/CJK